UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RENEE CASHMAN, etc., *et al.*, | |
| Plaintiff, | 2:12-cv-0537-MMD-RJJ |
| vs. | |
| VALLEY HEALTH SYSTEM, LLC., etc., *et al.*, | **ORDER** |
| Defendant. | |

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on September 25, 2012, and November 26, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

1. Shall identify the discovery that has been completed;

2. Shall identify the discovery that remains outstanding;

3. Shall identify any pending discovery motions; and,

4. Shall detail all attempts to settle the case.

DATED this __22nd__ day of August, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge