UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RENEE CASHMAN,<br><br>             Plaintiff(s),<br><br>vs.<br><br>VALLEY HEALTH SYSTEM, LLC, et al.<br><br>             Defendant(s). | Case No. 2:12-cv-0537-JAD-NJK<br><br>ORDER DENYING STIPULATION FOR EXTENSIONS<br><br>(Docket No. 32) |

Pending before the Court is the fourth request to extend various deadlines set forth in the scheduling order, filed on December 19, 2013.  Docket No. 32.  The Court has already explained to the parties the relevant standards for requesting an extension to a deadline less than 21 days before it expires, *see* Docket No. 26 (minutes from hearing), *see also* Local Rule 26-4, yet the stipulation <u>again</u> fails to discuss the relevant standards.  Accordingly, it is hereby **DENIED**.

Counsel is also advised that they continue to file documents with the incorrect case information, in violation of the Court's orders.  *See* Docket No. 27 ("All further documents must bear the correct case number **2:12-cv-537-JAD-NJK**." (emphasis in original).  The Court expects counsel to comply with Court orders.

IT IS SO ORDERED.

DATED: December 20, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge